# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON ARTHUR ALTHEIDE,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81205

**FILED**

JUN 0 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

In this original pro se petition for a writ of mandamus, petitioner seeks a writ directing the district court to resentence him under amendments to Nevada's habitual criminal statute.

We have reviewed the documents submitted in this matter and, without deciding upon the merits of any claims raised therein, we decline to exercise our original jurisdiction in this matter. *See* NRS 34.160; NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

20-20981

Petitioner's failure to provide timely proof of service of the petition constitutes an additional basis upon which to deny relief. NRAP 21(a)(1). Accordingly, we

ORDER the petition DENIED.

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.
Hardesty

_____Stiglich_____, J.
Stiglich

cc: Jason Arthur Altheide
    Attorney General/Carson City
    Nye County District Attorney
    Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A